# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2019 ND 182

State of North Dakota,                                     Plaintiff and Appellee

v.

Madison Beth West,                                       Defendant and Appellant

No. 20180358

Appeal from the District Court of Bowman County, Southwest Judicial District, the Honorable James D. Gion, Judge.

REVERSED.

Per Curiam.

Britta K. Demello Rice (argued), Assistant Attorney General, Bismarck, N.D., and Andrew J. Q. Weiss (appeared), Bowman County State's Attorney, Bowman, N.D., for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, N.D., for defendant and appellant.

**State v. West**

**No. 20180358**

**Per Curiam.**

[¶1]    Madison Beth West appeals from a criminal judgment following a jury verdict finding her guilty of conspiracy to commit murder under N.D.C.C. §§ 12.1-16-01(1)(a) and 12.1-06-04. West was charged with agreeing with co-defendant Chase Swanson to murder the victim, and committing one or more overt acts in furtherance of the murder. West argues conspiracy to "knowingly" commit murder is not a cognizable offense and thus the jury instructions were erroneous by allowing conviction for either knowing or intentional murder. Because West failed to object to the jury instructions, we review for obvious error.

[¶2]    We summarily reverse the criminal judgment under N.D.R.App.P. 35.1(b) and remand for further proceedings. *State v. Swanson*, 2019 ND 181 (holding conspiracy to "knowingly" commit murder under N.D.C.C. §§ 12.1-16-01(1)(a) and 12.1-06-04 is not a cognizable crime); *State v. Borner*, 2013 ND 141, ¶¶ 21-25, 836 N.W.2d 383 (reversing as obvious error a conviction for the non-cognizable offense of conspiracy to commit unintentional murder under circumstances manifesting extreme indifference to the value of human life).

[¶3]    Gerald W. VandeWalle, C.J.
Jerod E. Tufte
Daniel J. Crothers
Lisa Fair McEvers
Jon J. Jensen

1